Kenneth L. Sherman (State Bar #152777)
sherman@sziplaw.com
Joshua A. Schaul (State Bar #251337)
schaul@sziplaw.com
SHERMAN & ZARRABIAN LLP
1411 5th Street, Suite 306
Santa Monica, California 90401-2416
Telephone:  424.229.6800
Facsimile:   424.229.6815

James A. McQueen (State Bar #117111)
jmcqueen@mcqueenashman.com
McQUEEN & ASHMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, California  92612
Telephone:  949.223.9601
Facsimile:   949.223.961

Attorneys for Plaintiff
AMERICAN DJ SUPPLY, INC. and
ELATION LIGHTING, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DJ SUPPLY, INC., a California corporation, ELATION LIGHTING, INC., a Nevada corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>AMERICAN LIGHTING, INC., a Delaware corporation, NEO-NEON LED LIGHTING INTERNATIONAL LIMITED and DOES 1 through 10,<br><br>            Defendants. | Case No. 12-CV-8934 GAF (FMOx)<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 16-15.7, plaintiffs American DJ Supply, Inc. and Elation Lighting, Inc. (collectively, the "Plaintiffs") hereby report that they have entered into a final settlement with defendants American Lighting, Inc. and Neo-Neon LED Lighting International Limited (collectively, the "Defendants"). In accordance with the terms of the settlement, Plaintiffs will shortly dismiss their claims against Defendants.

Dated: August 26, 2013     SHERMAN & ZARRABIAN, LLP
                           McQUEEN & ASHMAN, LLP

                            /s/ Joshua A. Schaul
                           Kenneth L. Sherman (State Bar #152777)
                           James A. McQueen (State Bar #117111)
                           Joshua A. Schaul (State Bar #251337)
                           Attorneys for Plaintiff American DJ Supply, Inc.
                           and Elation Lighting, Inc.