Kenneth L. Sherman (State Bar #152777)
sherman@sziplaw.com
Joshua A. Schaul (State Bar #251337)
schaul@sziplaw.com
SHERMAN & ZARRABIAN LLP
1411 5th Street, Suite 306
Santa Monica, California 90401-2416
Telephone: 424.229.6800
Facsimile: 424.229.6815

James A. McQueen (State Bar #117111)
jmcqueen@mcqueenashman.com
McQUEEN & ASHMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, California 92612
Telephone: 949.223.9601
Facsimile: 949.223.961

Attorneys for Plaintiff
AMERICAN DJ SUPPLY, INC. and
ELATION LIGHTING, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN DJ SUPPLY, INC., a California corporation, ELATION LIGHTING, INC., a Nevada corporation,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>AMERICAN LIGHTING, INC., a Delaware corporation, NEO-NEON LED LIGHTING INTERNATIONAL LIMITED and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 12-CV-8934 GAF (FMOx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL** |

The Court, having considered the STIPULATION OF DISMISSAL filed by plaintiffs American DJ Supply, Inc. and Elation Lighting, Inc., and defendants American Lighting, Inc. and Neo-Neon LED Lighting International Limited (collectively, the "Parties"), and for good cause having been shown, hereby:

ORDERS that:

1. All claims and causes of action pending between the Parties in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and

2. As between the Parties, each party shall bear its own costs and attorneys' fees.

Dated: September 9, 2013

_____
DISTRICT COURT JUDGE

JS-6